**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>**District of Colorado** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Allen, Jason B.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Allen, Lori A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Lori A. Fuentes** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4734** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **7666** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**495 S. Pin High Drive**<br>**Pueblo West, CO**<br>ZIPCODE **81007** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**495 S. Pin High Drive**<br>**Pueblo West, CO**<br>ZIPCODE **81007** |
| County of Residence or of the Principal Place of Business:<br>**Pueblo** | County of Residence or of the Principal Place of Business:<br>**Pueblo** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-<br>5,000 | [ ]<br>5,001-<br>10,000 | [ ]<br>10,001-<br>25,000 | [ ]<br>25,001-<br>50,000 | [ ]<br>50,001-<br>100,000 | [ ]<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [ ]<br>$100,001 to<br>$500,000 | [✓]<br>$500,001 to<br>$1 million | [ ]<br>$1,000,001 to<br>$10 million | [ ]<br>$10,000,001<br>to $50 million | [ ]<br>$50,000,001 to<br>$100 million | [ ]<br>$100,000,001<br>to $500 million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [ ]<br>$100,001 to<br>$500,000 | [✓]<br>$500,001 to<br>$1 million | [ ]<br>$1,000,001 to<br>$10 million | [ ]<br>$10,000,001<br>to $50 million | [ ]<br>$50,000,001 to<br>$100 million | [ ]<br>$100,000,001<br>to $500 million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Allen, Jason B. & Allen, Lori A.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X */s/ Jonathan P. Shultz*　　　　　　**8/13/12**<br>　　Signature of Attorney for Debtor(s)　　　　　Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Allen, Jason B. & Allen, Lori A.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Jason Allen*

Signature of Debtor                                   **Jason Allen**

X  */s/ Lori Allen*

Signature of Joint Debtor                             **Lori Allen**

Telephone Number (If not represented by attorney)

**August 13, 2012**

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

**Signature of Attorney***

X  */s/ Jonathan P. Shultz*

Signature of Attorney for Debtor(s)

**Jonathan P. Shultz 40630**
**The Law Offices of**
**Jonathan P. Shultz, LLC**
**1980 S. Quebec St., Ste. 208**
**Denver, CO  80231-0000**
**(303) 368-0513**
**jonathan@jpslaw.net**

**August 13, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

_____

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

X _____

Signature

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                        Case No. _____

**Allen, Jason B.**_____   Chapter **7**_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Jason Allen***_____

Date: **August 13, 2012**_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 00252-CO-CC-018612242



00252-CO-CC-018612242

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 5, 2012, at 6:59 o'clock PM EDT, Jason Allen received from Institute for Financial Literacy, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   July 5, 2012                By:    /s/Patricia Ugaz

                                    Name:  Patricia Ugaz

                                    Title:  Credit Counseling

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                                      Case No. _____

**Allen, Lori A.**_____  Chapter **7**_____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Lori Allen***_____

Date: **August 13, 2012**_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 00252-CO-CC-018612248



00252-CO-CC-018612248

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 5, 2012</u>, at <u>6:59</u> o'clock <u>PM EDT</u>, <u>Lori Allen</u> received from <u>Institute for Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>July 5, 2012</u>                      By:   <u>/s/Patricia Ugaz</u>

                                              Name:  <u>Patricia Ugaz</u>

                                              Title:   <u>Credit Counseling</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/10)

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                                  Case No. _____

**Allen, Jason B. & Allen, Lori A.** _____   Chapter **7** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 41,486.00 | 2010 Wages |
| 33,796.00 | 2011 Wages |
| 29,973.66 | 2012 YTD wages, Husband |

### 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 26,677.00 | 2010 taxable refund $251, business loss -$789, pensions & annuities $4,685, Schedule E income $15,699 and Unemployment Compensation $6,831 |
| 43,219.00 | 2011 taxable refund $56, business income $635, Schedule E income $32,727 and Unemployment Compensation $9,801. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☐  debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Home Mortgage** | **5/1 $1200, 5/15 $1200, 6/26 $1800, 7/18 $1700, 7/25 $1300** | **7,200.00** | **0.00** |

**NOTE:  Prior to filing, Debtors accepted the terms of a Settlement Agreement with Chase wherein Debtors' mortgage arrears
totaled $64,293.28 but after paying just 10%, or $6,429.33, Debtors' remaining arrears balance was forgiven.  This payment
was made by Debtor Lori Allen on 8/10/12 with a cashier's check, using $1500 borrowed from her father.**

| | | | |
|---|---|---|---|
| **Family Support Registry** | **4/9/12** | **685.16** | **0.00** |
| **P.O. Box 2171** | | | |
| **Denver, CO  80201** | | | |

**No more child support owed.**

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑  preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑  who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐  bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Discover Bank v. Jason B. Allen, 11C1356** | **collections** | **Pueblo County** | **payments on judgment** |
| **Asset Acceptance v. Jason B. Allen** | **collections** | **Pueblo County** | **judgment pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☐  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Discover Bank** | **4/2012** | **Garnished Bank Account $2,716.54, of which Debtors recovered $1200** |

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑  the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Jonathan P. Shultz, LLC 1980 S. Quebec St., Ste. 208 Denver, CO  80231-0000** | **5/31/2012** | **1,805.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown 3rd Party Alamosa, CO none** | **10/2011** | **2004 Ford Explorer $5,000** |

**Debtors advertised on Craigslist.**

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Lawrence Kelly**<br>**319 Horse Pointe Ave**<br>**North Las Vegas, NV  89084** | **Security Deposit $600** | |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Utopia Management Inc. | 80-0316311 | 1310 Hwy 50 West Pueblo, CO 81008 | Property Management | 12/08 - current. |

**Debtor Spouse Lori Allen is a licensed realtor working as an independent contractor of REMAX Associates. This entity is used to track Ms. Allen's income and expenses generated by real estate commissions. As of 3/1/12 Ms. Allen is 100% owner. Her former partner, Russel Desalvo, was bought out and as part of the buyout agreement he is to receive monthly payments of $500 until February 2013.**

| | | | | |
|---|---|---|---|---|
| **Absolute Management - Defunct** | | | | **Never got registered in Nevada, deficient paperwork** |
| **Premium Enterprises LLC** | | **Not In Good Standing** | **Property Management** | **7/07 - current** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS          DATES SERVICES RENDERED

**Lori Allen**

**Ms. Allen does all of her own monthly bookkeeping.**

**Tony P. Dell Accounting**
**503 N Main St., Ste. 414**
**Pueblo, CO 81003**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 13, 2012**          Signature  */s/ Jason Allen*
                                    of Debtor                                                    **Jason Allen**

Date: **August 13, 2012**          Signature  */s/ Lori Allen*
                                    of Joint Debtor                                              **Lori Allen**
                                    (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                                    Case No. _____

**Allen, Jason B. & Allen, Lori A.** _____   Chapter **7**_____
                                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 526,100.00 | | |
| B - Personal Property | Yes | 3 | $ 9,955.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 585,904.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 148,187.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,850.89 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,754.00 |
| TOTAL | | 18 | $ 536,055.64 | $ 736,091.59 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                    Case No. _____

**Allen, Jason B. & Allen, Lori A.**                          Chapter **7** _____
_____
Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 2,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 52,592.59 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 54,592.59 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,850.89 |
| Average Expenses (from Schedule J, Line 18) | $ 4,754.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,875.35 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 60,481.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 2,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 148,187.59 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 208,668.59 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Allen, Jason B. & Allen, Lori A.                                          Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **319 Horse Pointe Ave, North Las Vegas, NV - Debtors' rental property.  Value given is from zillow.com.** | | J | 228,800.00 | 228,123.00 |
| **495 S. Pin High Dr., Pueblo West, CO 81007 - Debtors' residence.  Value given is from zillow.com.** | | J | 297,300.00 | 342,281.00 |
| **Undeveloped Land:  271 W Ben Hogan Dr, Pueblo West, CO 81007** | **Fee Simple** | W | unknown | 15,500.00 |
| | | **TOTAL** | **526,100.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

IN RE **Allen, Jason B. & Allen, Lori A.** _____  Case No. _____
Debtor(s)                                                                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | J | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods: couch, love seat, chair, sofa table, 2 ottomans, lamp, dining table & chairs, entry table, king bed, queen bed, 2 twin beds, 3 nightstands, 2 dressers, armoire, chest of drawers, lounge chair, bar stools, sofa/recliner, patio table & chairs w/ umbrella, 3 t.v. sets, 2 DVD players, personal computer & printer, misc. tools** | J | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Small collections of books, CDs and DVDs, and various room decor including framed photos and prints.** | J | **500.00** |
| 6. Wearing apparel. | | **Clothing** | J | **500.00** |
| 7. Furs and jewelry. | | **Wedding rings and other jewelry** | J | **3,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Family bicycles, set of golf clubs, pool table.** | J | **250.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Americo (fka Great Southern) Life Insurance, Policy No 2376908. Face amount $103,225. Value given below is Cash Surrender Value as of 7/31/12.** | W | **80.64** |
| | | **Farmers Level Term to Age 90 Life Insurance Policy, no cash surrender value or dividends. Policy No. 009150054. Face amount $100,000, payable upon death.** | W | **0.00** |
| | | **Farmers Simple Term 20 Life Insurance, Policy No. 009550534, face amount $100,000, no cash surrender value.** | H | **0.00** |
| | | **Farmers Standard Juvenile Term Life Insurance Policy for oldest minor child, no cash surrender value or dividends. Face amount $50,000 death benefit. Policy No. 009150068U purchased February 2010. No cash surrender value until Year 6.** | J | **0.00** |
| | | **Farmers Standard Juvenile Term Life Insurance Policy for youngest minor child, no cash surrender value or dividends. Face amount $50,000 death benefit. Policy No. 009150081U purchased February 2010. No cash surrender value until Year 6.** | J | **0.00** |

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Allen, Jason B. & Allen, Lori A.** _____ Case No. _____
<br>                                                    Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Allen, Jason B. & Allen, Lori A.**_____  Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercury Mountaineer, 135,000 miles, VIN 4M2ZU66E24UJ26709.  Value given is from edmunds.com True Market Value dealer retail for "rough" condition.** | W | 3,605.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **9,955.64** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/10)**

**IN RE** Allen, Jason B. & Allen, Lori A.        Case No. _____

             Debtor(s)                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Household goods: couch, love seat, chair, sofa table, 2 ottomans, lamp, dining table & chairs, entry table, king bed, queen bed, 2 twin beds, 3 nightstands, 2 dressers, armoire, chest of drawers, lounge chair, bar stools, sofa/recliner, patio table & chairs w/ umbrella, 3 t.v. sets, 2 DVD players, personal computer & printer, misc. tools** | **CRS §13-54-102(1)(e)** | **2,000.00** | **2,000.00** |
| **Small collections of books, CDs and DVDs, and various room decor including framed photos and prints.** | **CRS §13-54-102(1)(c)** | **500.00** | **500.00** |
| **Wedding rings and other jewelry** | **CRS §13-54-102(1)(b)** | **3,000.00** | **3,000.00** |
| **Americo (fka Great Southern) Life Insurance, Policy No 2376908. Face amount $103,225. Value given below is Cash Surrender Value as of 7/31/12.** | **CRS §13-54-102(l)(l)(A)** | **80.64** | **80.64** |
| **2004 Mercury Mountaineer, 135,000 miles, VIN 4M2ZU66E24UJ26709. Value given is from edmunds.com True Market Value dealer retail for "rough" condition.** | **CRS §13-54-102(1)(j)(I)** | **3,605.00** | **3,605.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **Allen, Jason B. & Allen, Lori A.** _____ Case No. _____
      Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1563018379085** **Chase Po Box 24696 Columbus, OH 43224** | | J | **Mortgage account opened 10/07** VALUE $ **297,300.00** | | | | **342,281.00** | **44,981.00** |
| ACCOUNT NO. **Amo Recoveries 6737 W. Washington St., Ste. 3118 West Allis, WI 53214** | | | **Assignee or other notification for: Chase** VALUE $ | | | | | |
| ACCOUNT NO. **1560702266040** **Chase Po Box 24696 Columbus, OH 43224** | | J | **Mortgage account opened 9/05** VALUE $ **228,800.00** | | | | **228,123.00** | |
| ACCOUNT NO. **Ismael Fuentes 538 S Clarion Dr Pueblo West, CO 81007** | | W | **Loan for property** VALUE $ | | | | **15,500.00** | **15,500.00** |
| | | | Subtotal (Total of this page) | | | | $ **585,904.00** | $ **60,481.00** |
| | | | Total (Use only on last page) | | | | $ **585,904.00** | $ **60,481.00** |

_____ **0** continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE __Allen, Jason B. & Allen, Lori A._____   Case No. _____
_____Debtor(s)_____                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1**__ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Allen, Jason B. & Allen, Lori A.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Pueblo County Treasurer 215 W 10th St, Rm 110 Pueblo, CO 81003** | | J | **Property tax for vacant lot** | | | | 2,000.00 | 2,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 2,000.00 | $ 2,000.00 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 2,000.00 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,000.00 | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE __Allen, Jason B. & Allen, Lori A._____     Case No. _____
         Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2011223951** <br><br> **Aargon Agency Inc** <br> **8668 Spring Mountain Rd** <br> **Las Vegas, NV  89117** | | H | **Open account opened 7/11** | | | | **74.00** |
| ACCOUNT NO. **88324444** <br><br> **American Honda Finance** <br> **6261 Katella Ave Ste 1a** <br> **Cypress, CA  90630** | | H | **Installment account opened 10/06** | | | | **7,398.00** |
| ACCOUNT NO. **D200fro0072453605** <br><br> **Ameritech** <br> **Po Box 151** <br> **Sterling, CO  80751** | | W | | | | | **118.00** |
| ACCOUNT NO. <br><br> **Ashakiran J Sunku M.D.** <br> **1600 N Grand Ave #110** <br> **Pueblo, CO  81003** | | W | **medical services** | | | | **197.00** |

____**4** continuation sheets attached

Subtotal
(Total of this page)    $    **7,787.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Allen, Jason B. & Allen, Lori A.      Case No. _____
                  Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 113113891<br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI  48090** | | H | **Open account opened 8/11** | | | | **13,842.00** |
| ACCOUNT NO.<br>**Silvermen / Borenstein, Pllc**<br>**13111 E Briarwood Cir., Ste 341**<br>**Centennial, CO  80112** | | | **Assignee or other notification for:**<br>**Asset Acceptance Llc** | | | | |
| ACCOUNT NO. 68189000489199<br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | H | **Creditline account opened 8/06** | | | | **40,748.00** |
| ACCOUNT NO. 9374930<br>**Bc Services**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | H | **Open account opened 10/11** | | | | **448.00** |
| ACCOUNT NO. 8981669<br>**Bc Services**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | W | **Open account opened 6/11** | | | | **75.00** |
| ACCOUNT NO. 3269403<br>**Byl Collection Service**<br>**301 Lacey St**<br>**West Chester, PA  19382** | | W | **Open account opened 5/11** | | | | **85.00** |
| ACCOUNT NO. 7682002000443073<br>**Cach Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO  80237** | X | W | **credit card** | | | | **1,660.00** |

Sheet no. _____ **1** of _____ **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,858.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Allen, Jason B. & Allen, Lori A. _____ Case No. _____
Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**P. Scott Lowery, P.C.**<br>**5680 Greenwood Plaza Blvd, Ste 500**<br>**Greenwood Village, CO  80111** | | | **Assignee or other notification for:**<br>**Cach Llc** | | | | |
| ACCOUNT NO.<br>**Canyon Anesthesia Services**<br>**Po Box 668**<br>**Arvada, CO  80001** | | H | **medical services** | | | | **405.00** |
| ACCOUNT NO. **5178-0521-8548-6038**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA  23285** | | W | **Revolving account opened 4/02** | | | | **488.00** |
| ACCOUNT NO. **17334790**<br>**Cavalry Portfolio Serv**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY  10532** | | H | **Open account opened 2/12** | | | | **2,622.00** |
| ACCOUNT NO. **488321**<br>**College Assist**<br>**C/O Nelnet Guarantor Solutions**<br>**3015 S. Parker Rd., Ste 400**<br>**Aurora, CO  80014** | | W | **consolidation loan** | | | | **52,592.59** |
| ACCOUNT NO. **9a4130264**<br>**Credit Bureau Central**<br>**Pob 29299**<br>**Las Vegas, NV  89126** | | W | **Open account opened 4/08** | | | | **404.00** |
| ACCOUNT NO. **9a4507211**<br>**Credit Bureau Central**<br>**Pob 29299**<br>**Las Vegas, NV  89126** | | W | **Open account opened 6/10** | | | | **11.00** |

Sheet no. _____**2** of _____**4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,522.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Allen, Jason B. & Allen, Lori A.** _____  Case No. _____
                                                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10010083136832** <br><br>**Credit Systems Inc** <br>**1485 Garden Of The Gods** <br>**Colorado Springs, CO  80907** | | W | **Open account opened 12/10** | | | | **202.00** |
| ACCOUNT NO. **6011-0091-0543-4950** <br><br>**Discover Fin Svcs Llc** <br>**Po Box 15316** <br>**Wilmington, DE  19850** | | H | **Revolving account opened 3/94** | | | | **7,935.00** |
| ACCOUNT NO. <br><br>**Asset Acceptance** <br>**C/O Silverman Borenstein Pllc** <br>**13111 E. Briarwood Ave, Ste 340** <br>**Centennial, CO  80112** | | | **Assignee or other notification for:** <br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO. **7982675061768547** <br><br>**Gecrb/lowes** <br>**Po Box 956005** <br>**Orlando, FL  32896** | | H | **Revolving account opened 10/07** | | | | **1,966.00** |
| ACCOUNT NO. **6011-3610-7025-2879** <br><br>**Gecrb/sams Club Dc** <br>**Po Box 965005** <br>**Orlando, FL  32896** | | W | **Revolving account opened 11/07** | | | | **2,939.00** |
| ACCOUNT NO. <br><br>**Shaw & Quigg PC** <br>**503 N Main St, Ste 222** <br>**Pueblo, CO  81003** | | H | **legal services** | | | | **2,590.00** |
| ACCOUNT NO. <br><br>**Southern Colo Emergency Specialist** <br>**445 E Cheyenne Mountain Blvd #C** <br>**Colorado Springs, CO  80906** | | H | **medical services** | | | | **334.00** |

Sheet no. ____**3**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **15,966.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE  Allen, Jason B. & Allen, Lori A.                                                    Case No. _____
_____                                    _____
                    Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9072183019823391** <br><br>**Springleaf Financial S**<br>**Po Box 3281**<br>**Evansville, IN  47732** | | W | **Revolving account opened 9/07** | | | | **5,389.00** |
| ACCOUNT NO. <br><br>**St Mary Corwin Hospital**<br>**1008 Minnequa Ave**<br>**Pueblo, CO  81004** | | H | **medical services** | | | | **449.00** |
| ACCOUNT NO. <br><br>**The Parks HOA**<br>**319 Horse Pointe Ave**<br>**North Las Vegas, NV  89084** | | J | **HOA fees re Las Vegas property** | | | | **5,013.00** |
| ACCOUNT NO. <br><br>**Alessi & Koenig**<br>**9500 W Flamingo Rd #205**<br>**Las Vegas, NV  89147** | | | **Assignee or other notification for:**<br>**The Parks HOA** | | | | |
| ACCOUNT NO. **2r89v** <br><br>**Wakefield**<br>**Box 58**<br>**Fort Morgan, CO  80701** | | H | | | | | **115.00** |
| ACCOUNT NO. **2r89w** <br><br>**Wakefield**<br>**Box 58**<br>**Fort Morgan, CO  80701** | | H | | | | | **88.00** |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _____**4**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,054.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **148,187.59**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **Allen, Jason B. & Allen, Lori A.**                                  Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE Allen, Jason B. & Allen, Lori A.                                                     Case No. _____
Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Absolute Management LLC** | **Cach Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO  80237** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

**IN RE** Allen, Jason B. & Allen, Lori A. _____  Case No. _____
                                    Debtor(s)                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | | AGE(S):<br>**6**<br>**5** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Insurance Adjuster** | **Realtor - Self-Employed** |
| Name of Employer | **Farmers Insurance** | **Utopia Management Inc.** |
| How long employed | **1 years and 7 months** | **3 years and 7 months** |
| Address of Employer | **2016 S. Pueblo Blvd**<br>**Pueblo, CO  81005** | **1310 Hwy 50 West**<br>**Pueblo, CO  81008** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,472.62 | $ 2,843.33 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | **$ 3,472.62** | **$ 2,843.33** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ 771.50 | $ |
|   b. Insurance | $ 304.64 | $ |
|   c. Union dues | $ | $ |
|   d. Other (specify)   **See Schedule Attached** | $ 388.92 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 1,465.06** | **$ 0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | **$ 2,007.56** | **$ 2,843.33** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance | | |
|   (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
|   (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | **$** | **$** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | **$ 2,007.56** | **$ 2,843.33** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

**$ 4,850.89**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtors' tenant, an unknown 3rd party prior to the contract, lives in the Las Vegas property and was paying $1,000 per month but has discontinued as of June 2012.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Allen, Jason B. & Allen, Lori A.** _____ Case No. _____
                                Debtor(s)

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
#### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Car** | **115.00** | |
| **Support Garnishment** | **297.58** | |
| **Garnishment Svc Fee** | **3.76** | |
| **Award Points Net Off** | **5.84** | |
| **Garnishment Rfd** | **33.26** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J (Official Form 6J) (12/07)**

**IN RE** Allen, Jason B. & Allen, Lori A. _____  Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,700.00 |
|    a. Are real estate taxes included?  Yes ✓ No ____ | |
|    b. Is property insurance included?  Yes ✓ No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 350.00 |
|    b. Water and sewer | $ 95.00 |
|    c. Telephone | $ 150.00 |
|    d. Other  **Trash** | $ 20.00 |
|        **Cable & Internet** | $ 180.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 157.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 148.00 |
|    e. Other _____ | $ |
|    _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 100.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Misc Childcare Expenses x2 @ $357.00** | $ 714.00 |
|    **Haircuts** | $ 60.00 |
|    _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.  $ **4,754.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 4,850.89 |
|    b. Average monthly expenses from Line 18 above | $ 4,754.00 |
|    c. Monthly net income (a. minus b.) | $ 96.89 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration)  (12/07)**

**IN RE** Allen, Jason B. & Allen, Lori A. _____   Case No. _____
<u>Debtor(s)</u>                                                                                                      <u>(If known)</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 13, 2012** _____   Signature: ***/s/ Jason Allen*** _____
                                                                    **Jason Allen**                                                    Debtor

Date: **August 13, 2012** _____   Signature: ***/s/ Lori Allen*** _____
                                                                    **Lori Allen**                                                    (Joint Debtor, if any)
                                                                                                    [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/11)                                                                                                          Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                Case No. _____

**Allen, Jason B. & Allen, Lori A.** _____   Chapter **7** _____
                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed Name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy
Address:                                                                 petition preparer is not an individual, state
                                                                         the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Allen, Jason B. & Allen, Lori A.** _____          **X** */s/ Jason Allen* _____          **8/13/2012**
Printed Name(s) of Debtor(s)                                  Signature of Debtor                              Date


Case No. (if known) _____          **X** */s/ Lori Allen* _____          **8/13/2012**
                                                              Signature of Joint Debtor (if any)                Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**
☑ **The presumption does not arise**
☐ **The presumption is temporarily inapplicable.**

In re: **Allen, Jason B. & Allen, Lori A.**
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐ I remain on active duty /or/<br>☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 3,472.62 | $ 2,736.06 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary business expenses $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $ 666.67<br>b. Ordinary and necessary operating expenses $<br>c. Rent and other real property income — Subtract Line b from Line a | $ 666.67 | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ _____ Spouse $ _____ | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ ___ <br> b. _____ $ ___ <br><br> Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ **4,139.29** | $ **2,736.06** |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ **6,875.35** |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ **82,504.20** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: **Colorado**     b. Enter debtor's household size: **4** | $ **82,427.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br> ☑ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ **6,875.35** |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ ___ <br> b. _____ $ ___ <br> c. _____ $ ___ <br><br> Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ **6,875.35** |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ **1,450.00** |

**B22A (Official Form 22A) (Chapter 7) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |
|---|---|---|

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | **60.00** | a2. | Allowance per person | **144.00** |
| b1. | Number of persons | **4** | b2. | Number of persons | **0** |
| c1. | Subtotal | **240.00** | c2. | Subtotal | **0.00** |

$ **240.00**

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ **554.00** |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ **1,099.00** |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ **1,185.00** |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☑ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ **182.00** |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ |

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| | | | |
|---|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | 771.50 |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 135.00 |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 13.90 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | |

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| | | | |
|---|---|---|---|
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | | $　3,346.40 |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions** **Note: Do not include any expenses that you have listed in Lines 19-32** | |

| | | | | |
|---|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | | |
| | a. | Health Insurance | $　170.74 | |
| | b. | Disability Insurance | $ | |
| | c. | Health Savings Account | $　100.00 | |
| | Total and enter on Line 34 | | | $　270.74 |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ _____ | | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | | $　270.74 |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **Chase** | **Residence** | $ 1,185.00 | ☐ yes ☑ no |
| b. | **Chase** | **Las Vegas Property** | $ 3,802.05 | ☐ yes ☑ no |
| c. | **Ismael Fuentes** | **Vacant Land: 271 W Ben H**| $ 258.33 | ☐ yes ☑ no |
| | | Total: Add lines a, b and c. | | $ 5,245.38 |

| | | | |
|---|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ 33.33 |
|---|---|---|

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |

| | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |
| | | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ 5,278.71 |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ 8,895.85 |

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | | |
|---|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | **6,875.35** |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | **8,895.85** |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | **0.00** |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | **0.00** |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | |

| | Part VII. ADDITIONAL EXPENSE CLAIMS | | |
|---|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | Part VIII. VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: **August 13, 2012**         Signature: ***/s/ Jason Allen*** <br> <span style="padding-left:4em">(Debtor)</span> <br><br> Date: **August 13, 2012**         Signature: ***/s/ Lori Allen*** <br> <span style="padding-left:4em">(Joint Debtor, if any)</span> | |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                      Case No. _____

**Allen, Jason B. & Allen, Lori A.**_____   Chapter **7**_____
                          Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 13, 2012**_____   Signature: */s/ Jason Allen*_____
                                            **Jason Allen**                                         Debtor


Date: **August 13, 2012**_____   Signature: */s/ Lori Allen*_____
                                            **Lori Allen**                                   Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aargon Agency Inc
8668 Spring Mountain Rd
Las Vegas, NV  89117


Alessi & Koenig
9500 W Flamingo Rd #205
Las Vegas, NV  89147


American Honda Finance
6261 Katella Ave Ste 1a
Cypress, CA  90630


Ameritech
Po Box 151
Sterling, CO  80751


Amo Recoveries
6737 W. Washington St., Ste. 3118
West Allis, WI  53214


Ashakiran J Sunku M.D.
1600 N Grand Ave #110
Pueblo, CO  81003


Asset Acceptance
C/O Silverman Borenstein Pllc
13111 E. Briarwood Ave, Ste 340
Centennial, CO  80112


Asset Acceptance Llc
Po Box 1630
Warren, MI  48090

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC   27410


Bc Services
Po Box 1176
Longmont, CO   80502


Byl Collection Service
301 Lacey St
West Chester, PA   19382


Cach Llc
4340 S Monaco St Unit 2
Denver, CO   80237


Canyon Anesthesia Services
Po Box 668
Arvada, CO   80001


Cap One
Po Box 85520
Richmond, VA   23285


Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne, NY   10532


Chase
Po Box 24696
Columbus, OH   43224

College Assist
C/O Nelnet Guarantor Solutions
3015 S. Parker Rd., Ste 400
Aurora, CO   80014

Credit Bureau Central
Pob 29299
Las Vegas, NV   89126

Credit Systems Inc
1485 Garden Of The Gods
Colorado Springs, CO   80907

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE   19850

Gecrb/lowes
Po Box 956005
Orlando, FL   32896

Gecrb/sams Club Dc
Po Box 965005
Orlando, FL   32896

Ismael Fuentes
538 S Clarion Dr
Pueblo West, CO   81007

P. Scott Lowery, P.C.
5680 Greenwood Plaza Blvd, Ste 500
Greenwood Village, CO   80111

Pueblo County Treasurer
215 W 10th St, Rm 110
Pueblo, CO  81003


Shaw & Quigg PC
503 N Main St, Ste 222
Pueblo, CO  81003


Silvermen / Borenstein, Pllc
13111 E Briarwood Cir., Ste 341
Centennial, CO  80112


Southern Colo Emergency Specialist
445 E Cheyenne Mountain Blvd #C
Colorado Springs, CO  80906


Springleaf Financial S
Po Box 3281
Evansville, IN  47732


St Mary Corwin Hospital
1008 Minnequa Ave
Pueblo, CO  81004


The Parks HOA
319 Horse Pointe Ave
North Las Vegas, NV  89084


Wakefield
Box 58
Fort Morgan, CO  80701

 **FARMERS** **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 06/15/2012 |
| Pay period: | 06/01/2012 to 06/15/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,218.90 | | 1,564.13 | | 138.10 | | 324.91 | | 117.78- |

| Description | Period | Rate | Hours/No | Amount | YTD Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| STIP Award Amount | | | | | 3,287.00 |
| Overtime Adjustment | | | | | 54.15 |
| Benefit Dollars | | | | 15.63 | 171.93 |
| Flex Time Unpaid | | | | | 10.10- |
| PTO Taken | | | | | 203.14 |
| Regular Hours | | 17.15 | 88.00 | 1,509.33 | 15,993.53 |
| Cat Supp Code 74 | | | | | 612.58 |
| Standard OT | | | | | 58.21 |
| Premium OT | | | | | 2,109.79 |
| Cat Supp 74 OT | | | | | 463.57 |
| **Earnings Total** | | | | 1,524.96 | 22,943.80 |
| **RETROACTIVE** | **Period** | | | | |
| Premium OT | 05/16/2012 to 05/31/2012 | 26.12 | 1.50 | 39.17 | |
| **Retroactive Total** | | | | 39.17 | |
| **Earnings Total** | | | | 1,564.13 | 22,943.80 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | |
| Health Spending Acco | | 50.00 | | 50.00 | 550.00 |
| Medical Plan | | | | 54.70 | 601.70 |
| Dental Plan | | | | 25.00 | 275.00 |
| Vision Plan | | | | 5.67 | 62.37 |
| Accidental Death | | | | 2.73 | 29.25 |
| **Total** | | | | 138.10 | 1,518.32 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | |
| Car | | | | 57.50 | 632.50 |
| Co Car Insurance | | | | 10.00 | 110.00 |
| Life | | | | 2.34 | 25.14 |
| Spouse Life | | | | 1.45 | 15.95 |
| Child Life | | | | 0.43 | 4.73 |
| Support Garnishment | | | | | 1,985.00 |
| Garnishment Rfd/Sto | | | | 189.50- | 199.50- |
| Garnishment Svc Fee | | | | | 25.00 |
| **Total** | | | | 117.78- | 2,598.82 |
| **TAXES** | | | | | |
| Federal | FED | | | | |
| TX Withholding Tax | | | | 182.34 | 3,425.53 |
| TX EE Social Securit | | | | 59.89 | 899.87 |
| TX EE Medicare Tax | | | | 20.68 | 310.67 |
| State | CO | | | | |
| TX Withholding Tax | | | | 62.00 | 946.00 |
| **Total** | | | | 324.91 | 5,582.07 |

| Method | | Detail | Check No. | Amount | Currency |
|---|---|---|---|---|---|
| Payroll Direct Deposit | | WELLS FARGO BANK, N.A. ******937670135208001130 01 | | 1,218.90 | USD |

 FARMERS | **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135206

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 06/15/2012 |
| Pay period: | 06/01/2012 to 06/15/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,218.90 | | 1,564.13 | | 138.10 | | 324.91 | | 117.78- |

| Other Information | | Amount | Total | YTD Amount |
|---|---|---|---|---|
| HSA ER Contribution | | | | 1,000.00 |

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 21,425.48 |
| Colorado | Single | 00 | 0.00 | 21,425.48 |

 **FARMERS** Statement of Earnings and Deductions

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 05/31/2012 |
| Pay period: | 05/16/2012 to 05/31/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 818.31 | | 1,524.96 | | 138.10 | | 314.83 | | 253.72 |

## EARNINGS AND DEDUCTIONS

| Description | Rate | Number | Amount | YTD Amount |
|---|---|---|---|---|
| **EARNINGS** | | | | |
| STIP Award Amount | | | | 3,287.00 |
| Overtime Adjustment | | | | 54.15 |
| Benefit Dollars | | | 15.63 | 156.30 |
| Flex Time Unpaid | | | | 10.10- |
| PTO Taken | | | | 203.14 |
| Regular Hours | 15.72 | 96.00 | 1,509.33 | 14,484.20 |
| Cat Supp Code 74 | | | | 612.58 |
| Standard OT | | | | 58.21 |
| Premium OT | | | | 2,070.62 |
| Cat Supp 74 OT | | | | 463.57 |
| Earnings Total | | | 1,524.96 | 21,379.67 |
| **TAX-EXEMPT DEDUCTIONS** | | | | |
| Health Spending Acco | 50.00 | | 50.00 | 500.00 |
| Medical Plan | | | 54.70 | 547.00 |
| Dental Plan | | | 25.00 | 250.00 |
| Vision Plan | | | 5.67 | 56.70 |
| Accidental Death | | | 2.73 | 26.52 |
| Total | | | 138.10 | 1,380.22 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | |
| Car | | | 57.50 | 575.00 |
| Co Car Insurance | | | 10.00 | 100.00 |
| Life | | | 2.34 | 22.80 |
| Spouse Life | | | 1.45 | 14.50 |
| Child Life | | | 0.43 | 4.30 |
| Support Garnishment | | | 189.50 | 1,985.00 |
| Garnishment Rfd/Stp | | | 10.00- | 10.00- |
| Garnishment Svc Fee | | | 2.50 | 25.00 |
| Total | | | 253.72 | 2,716.60 |
| **TAXES** | | | | |
| Federal | FED | | | |
| TX Withholding Tax | | | 176.47 | 3,243.19 |
| TX EE Social Securit | | | 58.25 | 839.98 |
| TX EE Medicare Tax | | | 20.11 | 289.99 |
| State | CO | | | |
| TX Withholding Tax | | | 60.00 | 884.00 |
| Total | | | 314.83 | 5,257.16 |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | WELLS FARGO BANK, N.A. ******9376 | 70135208001100 01 | 818.31 | USD |

| Other Information | Amount | Total | YTD Amount |
|---|---|---|---|
| HSA ER Contribution | | | 1,000.00 |

 FARMERS **Statement of Earnings and Deductions**

Jason Allen
485 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

Company: Farmers Insurance Exchange
Street: 4680 Wilshire Boulevard
City: Los Angeles, CA 90010
Pay Date: 05/31/2012
Pay period: 05/16/2012 to 05/31/2012

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 818.31 | | 1,524.96 | | 138.10 | | 314.83 | | 253.72 |

**Tax Information**

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 19,999.45 |
| Colorado | Single | 00 | 0.00 | 19,999.45 |

 **FARMERS** **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 05/15/2012 |
| Pay period: | 05/01/2012 to 05/15/2012 |

| Check Amount | = | Gross | – | Tax Exempt Ded | – | Taxes | – | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 798.31 | | 1,524.96 | | 138.10 | | 314.83 | | 273.72 |

**EARNINGS AND DEDUCTIONS**

| CATEGORY | | Rate | Number | Amount | YTD Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| STIP Award Amount | | | | | 3,287.00 |
| Overtime Adjustment | | | | | 54.15 |
| Benefit Dollars | | | | 15.63 | 140.67 |
| Flex Time Unpaid | | | | | 10.10- |
| PTO Taken | | | | | 203.14 |
| Regular Hours | | 17.15 | 88.00 | 1,509.33 | 12,974.87 |
| Cat Supp Code 74 | | | | | 612.58 |
| Standard OT | | | | | 58.21 |
| Premium OT | | | | | 2,070.62 |
| Cat Supp 74 OT | | | | | 463.57 |
| **Earnings Total** | | | | 1,524.96 | 19,854.71 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | |
| Health Spending Acco | | 50.00 | | 50.00 | 450.00 |
| Medical Plan | | | | 54.70 | 492.30 |
| Dental Plan | | | | 25.00 | 225.00 |
| Vision Plan | | | | 5.67 | 51.03 |
| Accidental Death | | | | 2.73 | 23.79 |
| Total | | | | 138.10 | 1,242.12 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | |
| Car | | | | 57.50 | 517.50 |
| Co Car Insurance | | | | 10.00 | 90.00 |
| Life | | | | 2.34 | 20.46 |
| Spouse Life | | | | 1.45 | 13.05 |
| Child Life | | | | 0.43 | 3.87 |
| Support Garnishment | | | | 199.50 | 1,795.50 |
| Garnishment Svc Fee | | | | 2.50 | 22.50 |
| Total | | | | 273.72 | 2,462.88 |
| **TAXES** | | | | | |
| Federal | FED | | | | |
| TX Withholding Tax | | | | 176.47 | 3,066.72 |
| TX EE Social Securit | | | | 58.25 | 781.73 |
| TX EE Medicare Tax | | | | 20.11 | 269.88 |
| **State** | CO | | | | |
| TX Withholding Tax | | | | 60.00 | 824.00 |
| Total | | | | 314.83 | 4,942.33 |

**PAYMENT DETAILS**

| Method | | Detail | Check No | Amount | Currency |
|---|---|---|---|---|---|
| Payroll Direct Deposit | | WELLS FARGO BANK, N.A. ******9376 | 70135208001070 01 | 798.31 | USD |

| Other information | Amount | Total | YTD Amount |
|---|---|---|---|
| HSA ER Contribution | | | 1,000.00 |

**TAX INFORMATION**

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 18,612.59 |

 FARMERS **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| Company: | Farmers Insurance Exchange |
|---|---|
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 05/15/2012 |
| Pay period: | 05/01/2012 to 05/15/2012 |

| Check Amount | = | Gross | – | Tax Exempt Ded | – | Taxes | – | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 798.31 | | 1,524.96 | | 138.10 | | 314.83 | | 273.72 |

**TAX INFORMATION**

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Colorado | Single | 00 | 0.00 | 18,612.59 |

 **FARMERS** | **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date: | 04/30/2012 |
| Pay period: | 04/16/2012 to 04/30/2012 |

| Check Amount = | Gross | – | Tax Exempt Ded | – | Taxes | – | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|
| 829.74 | 1,567.09 | | 138.10 | | 325.53 | | 273.72 |

## EARNINGS AND DEDUCTIONS

| ENTITLEMENT | Period | Rate | Hours | Amount | YTD Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| STIP Award Amount | | | | | 3,287.00 |
| Overtime Adjustment | | | | | 54.15 |
| Benefit Dollars | | | | 15.63 | 125.04 |
| Flex Time Unpaid | | | | | 10.10- |
| PTO Taken | | | | | 203.14 |
| Regular Hours | | 17.15 | 88.00 | 1,509.33 | 11,465.54 |
| Cat Supp Code 74 | | | | | 612.58 |
| Standard OT | | | | | 58.21 |
| Premium OT | | | | | 2,070.62 |
| Cat Supp 74 OT | | | | | 463.57 |
| **Earnings Total** | | | | 1,524.96 | 18,329.75 |
| **RETROACTIVE** | **Period** | | | | |
| Flex Time Unpaid | 04/01/2012 to 04/15/2012 | 17.41 | 0.58- | 10.10- | |
| Premium OT | 04/01/2012 to 04/15/2012 | 26.12 | 2.00 | 52.23 | |
| **Retroactive Total** | | | | 42.13 | |
| **Earnings Total** | | | | 1,567.09 | 18,329.75 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | |
| Health Spending Acco | | 50.00 | | 50.00 | 400.00 |
| Medical Plan | | | | 54.70 | 437.60 |
| Dental Plan | | | | 25.00 | 200.00 |
| Vision Plan | | | | 5.67 | 45.36 |
| Accidental Death | | | | 2.73 | 21.06 |
| **Total** | | | | 138.10 | 1,104.02 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | |
| Car | | | | 57.50 | 460.00 |
| Co Car Insurance | | | | 10.00 | 80.00 |
| Life | | | | 2.34 | 18.12 |
| Spouse Life | | | | 1.45 | 11.60 |
| Child Life | | | | 0.43 | 3.44 |
| Support Garnishment | | | | 199.50 | 1,596.00 |
| Garnishment Svc Fee | | | | 2.50 | 20.00 |
| **Total** | | | | 273.72 | 2,189.16 |
| **TAXES** | | | | | |
| Federal | FED | | | | |
| TX Withholding Tax | | | | 182.79 | 2,890.25 |
| TX EE Social Securit | | | | 60.02 | 723.48 |
| TX EE Medicare Tax | | | | 20.72 | 249.77 |
| State | CO | | | | |
| TX Withholding Tax | | | | 62.00 | 764.00 |
| **Total** | | | | 325.53 | 4,627.50 |

## PAYMENT RECORD

| Method | Detail | Check No. | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | WELLS FARGO BANK, N.A. ******9376 | 701352080010050 01 | 829.74 | USD |

 FARMERS **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 04/30/2012 |
| Pay period: | 04/16/2012 to 04/30/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 829.74 | | 1,567.09 | | 138.10 | | 325.53 | | 273.72 |

| Other Information: | | | Amount | Total | YTD Amount |
|---|---|---|---|---|---|
| HSA ER Contribution | | | | | 1,000.00 |

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 17,225.73 |
| Colorado | Single | 00 | 0.00 | 17,225.73 |

 FARMERS

## Statement of Earnings and Deductions

Jason Allen
495 S Pin High Dr
Pueblo West CO  81007
Personnel No.: 70135208

| Company: | Farmers Insurance Exchange |
|---|---|
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 07/13/2012 |
| Pay period: | 07/01/2012 to 07/15/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 2,420.10 | | 3,691.10 | | 138.10 | | 1,061.18 | | 71.72 |

| EARNINGS AND DEDUCTIONS CATEGORY | Rate | Number | Amount | YTD Amount |
|---|---|---|---|---|
| **EARNINGS** | | | | |
| STIP Award Amount | | | | 3,287.00 |
| Overtime Adjustment | | | | 54.15 |
| Benefit Dollars | | | 15.63 | 203.19 |
| Flex Time Unpaid | | | | 10.10- |
| PTO Taken | | | | 340.35 |
| Regular Hours | 18.87 | 80.00 | 1,509.33 | 18,874.98 |
| Cat Supp Code 73 | | | | 300.00 |
| Cat Supp Code 74 | | | | 612.58 |
| Standard OT | | | | 58.21 |
| Premium OT | 26.12 | 1.00 | 26.12 | 3,504.33 |
| Cat Supp 73 OT | 11.25 | 1.00 | 11.25 | 471.60 |
| Cat Supp 74 OT | | | | 463.57 |
| **Earnings Total** | | | **1,562.33** | **28,159.86** |
| **RETROACTIVE** | **Period** | | | |
| Cat Supp Code 73 | 06/16/2012 to 06/30/2012 | 7.50 | 40.00 | 300.00 |
| Premium OT | 06/16/2012 to 06/30/2012 | 26.12 | 52.40 | 1,368.42 |
| Cat Supp 73 OT | 06/16/2012 to 06/30/2012 | 11.25 | 40.92 | 460.35 |
| **Retroactive Total** | | | **2,128.77** | |
| **Earnings Total** | | | **3,691.10** | **28,159.86** |
| **TAX-EXEMPT DEDUCTIONS** | | | | |
| Health Spending Acco | 50.00 | | 50.00 | 650.00 |
| Medical Plan | | | 54.70 | 711.10 |
| Dental Plan | | | 25.00 | 325.00 |
| Vision Plan | | | 5.67 | 73.71 |
| Accidental Death | | | 2.73 | 34.71 |
| **Total** | | | **138.10** | **1,794.52** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | |
| Car | | | 57.50 | 747.50 |
| Co Car Insurance | | | 10.00 | 130.00 |
| Life | | | 2.34 | 29.82 |
| Spouse Life | | | 1.45 | 18.85 |
| Child Life | | | 0.43 | 5.59 |
| Support Garnishment | | | | 1,985.00 |
| Garnishment Rfd/Stp | | | | 199.50- |
| Garnishment Svc Fee | | | | 25.00 |
| **Total** | | | **71.72** | **2,742.26** |
| **TAXES** | | | | |
| **Federal** | **FED** | | | |
| TX Withholding Tax | | | 700.44 | 4,302.44 |
| TX EE Social Securit | | | 149.22 | 1,107.34 |
| TX EE Medicare Tax | | | 51.52 | 382.30 |
| **State** | **CO** | | | |
| TX Withholding Tax | | | 160.00 | 1,166.00 |

If you have questions regarding this payslip contact the HR Service Center at (888) 599-3636.

 FARMERS

## Statement of Earnings and Deductions

Jason Allen
495 S Pin High Dr
Pueblo West CO  81007
Personnel No.: 70135208

Company:    Farmers Insurance Exchange
Street:     4680 Wilshire Boulevard
City:       Los Angeles, CA 90010
Pay Date :  07/13/2012
Pay period: 07/01/2012 to 07/15/2012

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 2,420.10 | | 3,691.10 | | 138.10 | | 1,061.18 | | 71.72 |

| | | | | | | Taxes | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|
| Total | | | | | | 1,061.18 | 6,958.08 |

**PAYMENT DETAILS**

| Method | | Detail | Check No | Amount | Currency |
|---|---|---|---|---|---|
| Payroll Direct Deposit | | WELLS FARGO BANK, N.A. ******9376 | 70135208001170 01 | 2,420.10 | USD |

| Other Information | Amount | Total | YTD Amount |
|---|---|---|---|
| HSA ER Contribution | | | 1,000.00 |

**TAX INFORMATION**

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 26,365.34 |
| Colorado | Single | 00 | 0.00 | 26,365.34 |

If you have questions regarding this payslip contact the HR Service Center at (888) 599-3636.

 FARMERS

## Statement of Earnings and Deductions

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | | |
|---|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 07/31/2012 |
| Pay period: | 07/16/2012 to 07/31/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,170.18 | | 1,813.80 | | 138.10 | | 398.80 | | 106.72 |

### EARNINGS AND DEDUCTIONS

| CATEGORY | Rate | Number | Amount | YTD Amount |
|---|---|---|---|---|
| **EARNINGS** | | | | |
| Award Points | | | 53.35 | 53.35 |
| STIP Award Amount | | | | 3,287.00 |
| Overtime Adjustment | | | | 54.15 |
| Benefit Dollars | | | 15.63 | 218.82 |
| Flex Time Unpaid | | | | 10.10- |
| PTO Taken | | | | 340.35 |
| Regular Hours | 15.72 | 96.00 | 1,509.33 | 20,384.31 |
| Cat Supp Code 73 | | | | 442.35 |
| Cat Supp Code 74 | | | | 612.58 |
| Standard OT | | | | 110.09 |
| Premium OT | | | | 3,545.59 |
| Cat Supp 73 OT | | | | 471.60 |
| Cat Supp 74 OT | | | | 463.57 |
| **Earnings Total** | | | **1,578.31** | **29,973.66** |
| **RETROACTIVE** | **Period** | | | |
| Cat Supp Code 73 | 07/01/2012 to 07/15/2012 | 7.50 | 18.98 | 142.35 |
| Standard OT | 07/01/2012 to 07/15/2012 | 17.41 | 2.98 | 51.88 |
| Premium OT | 07/01/2012 to 07/15/2012 | 26.12 | 1.58 | 41.26 |
| **Retroactive Total** | | | **235.49** | |
| **Earnings Total** | | | **1,813.80** | **29,973.66** |
| **TAX-EXEMPT DEDUCTIONS** | | | | |
| Health Spending Acco | 50.00 | | 50.00 | 700.00 |
| Medical Plan | | | 54.70 | 765.80 |
| Dental Plan | | | 25.00 | 350.00 |
| Vision Plan | | | 5.67 | 79.38 |
| Accidental Death | | | 2.73 | 37.44 |
| **Total** | | | **138.10** | **1,932.62** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | |
| Car | | | 57.50 | 805.00 |
| Co Car Insurance | | | 10.00 | 140.00 |
| Award Points Net Off | | | 35.00 | 35.00 |
| Life | | | 2.34 | 32.16 |
| Spouse Life | | | 1.45 | 20.30 |
| Child Life | | | 0.43 | 6.02 |
| Support Garnishment | | | | 1,985.00 |
| Garnishment Rfd/Stp | | | | 199.50- |
| Garnishment Svc Fee | | | | 25.00 |
| **Total** | | | **106.72** | **2,848.98** |
| **TAXES** | | | | |
| **Federal** | **FED** | | | |
| TX Withholding Tax | | | 231.12 | 4,533.56 |
| TX EE Social Securit | | | 70.38 | 1,177.72 |
| TX EE Medicare Tax | | | 24.30 | 406.60 |

If you have questions regarding this payslip contact the HR Service Center at (888) 599-3636.

 **FARMERS** | **Statement of Earnings and Deductions**

Jason Allen
495 S Pin High Dr
Pueblo West CO 81007
Personnel No.: 70135208

| | |
|---|---|
| Company: | Farmers Insurance Exchange |
| Street: | 4680 Wilshire Boulevard |
| City: | Los Angeles, CA 90010 |
| Pay Date : | 07/31/2012 |
| Pay period: | 07/16/2012 to 07/31/2012 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 1,170.18 | | 1,813.80 | | 138.10 | | 398.80 | | 106.72 |

| State | CO | | | Amount | YTD |
|---|---|---|---|---|---|
| TX Withholding Tax | | | | 73.00 | 1,239.00 |
| Total | | | | 398.80 | 7,356.88 |

**PAYMENT DETAILS**

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | WELLS FARGO BANK, N.A. ******9376 | 7013520800119001 | 1,170.18 | USD |

| Other Information | | Amount | Total | YTD Amount |
|---|---|---|---|---|
| HSA ER Contribution | | | | 1,000.00 |
| Award Points Net | | 35.00 | 35.00 | 35.00 |

**TAX INFORMATION**

| Tax Authority | Filing Status | Exemptions | Addn Amt | YTD Taxable Wages |
|---|---|---|---|---|
| Federal | Single | 00 | 0.00 | 28,041.04 |
| Colorado | Single | 00 | 0.00 | 28,041.04 |

If you have questions regarding this payslip contact the HR Service Center at (888) 599-3636.

Utopia Management LLC
Financial Statement

Feb-12

| | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 4721.95 | |
| Application Fee Income | 140.00 | |
| Owner Reimbursement-Rambler.E 8th, Court, Mohawk | 223.70 | |
| HOA Management Fee Income | 480.00 | |
| | | |
| **EXPENSES:** | | |
| | | |
| Coldwell Banker (Payroll) | | 332.25 |
| Coldwell Banker (Pueblo Chieftain/MLS) | | 27.00 |
| Lori Allen-Car Allowance | | 300.00 |
| Tiffany Aggson-Mileage | | 35.19 |
| Postage | | 48.68 |
| Food-Paul's Great American | | 14.78 |
| Credit Check Fees | | 89.70 |
| Lowe's-2017 W 14th, 2118 Mohawk (32.85,56.33) | | 89.18 |
| Lowe's-3405 Baltimore (19.06),  2017 W 14th (33.29) | | 52.35 |
| Charity Kast | | 59.50 |
| RJ's Lock & Key | | 40.00 |
| Fox's Garden-1620 E 8th | | 25.69 |
| Coldwell Banker-Reimb for water 2017 W 14th | | 35.04 |
| Board of Water Works-2319 Court St | | 103.22 |
| Board of Water Works-2017 W 14th | | 91.46 |
| Manual Salazar-2017 W 14th | | 125.99 |
| Bank Service Charge | | 5.95 |
| | | |
| | | |
| INCOME SUB-TOTAL | 5565.65 | 1475.98 |
| | | |
| | | |
| **NET INCOME** | | **4089.67** |
| | | |
| **TOTAL** | 5565.65 | **5565.65** |

**DISTRIBUTIONS:**

| | | |
|---|---|---|
| Reserve-MM | | 250.00 |
| Lori Allen | | 3339.67 |
| Russell A. DeSalvo III | LB 168495 | 500.00 |
| | | |
| TOTAL | | 4089.67 |

| SUMMARY: | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|
| Income | 11672.66 | 5565.65 |
| Bank Fees | 11.90 | 5.95 |

Utopia Management LLC
Financial Statement

| | | |
|---|---:|---:|
| Credit Checks | 89.69 | 89.70 |
| Car Allowance/Mileage | 671.40 | 335.19 |
| Education | 0.00 | 0.00 |
| Food/Dining | 14.79 | 14.78 |
| Insurance/Taxes | 0.00 | 0.00 |
| Licensing/Registration | 10.00 | 0.00 |
| Office Supplies | 62.37 | 0.00 |
| Maintenance | 344.75 | 185.49 |
| Marketing | 54.00 | 27.00 |
| Payroll | 837.95 | 332.35 |
| Professional Services | 0.00 | 0.00 |
| Postage | 64.52 | 48.68 |
| Utilities | 436.84 | 436.84 |
| Adjustments (Paid) | 85.46 | 0.00 |
| MM Account Reserve | 500.00 | 250.00 |
| Payments to Owner 1 | 6826.66 | 3339.67 |
| Payments to Owner 2 | 1662.33 | 500.00 |
| **TOTAL** | **0.00** | **4089.67** |

Utopia Management LLC
Financial Statement
Mar-12

| | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 4645.36 | |
| Application Fee Income | 25.00 | |
| Owner Reimbursement-2017W14, 3405Balt | 877.75 | |
| HOA Management Fee Income | 488.10 | |
| | | |
| **EXPENSES:** | | |
| | | |
| Coldwell Banker (Payroll) | | 390.77 |
| Coldwell Banker (Pueblo Chieftain/MLS) | | 79.13 |
| RE/MAX Associates (Payroll) | | 328.61 |
| RE/MAX Associates (Office) | | 250.00 |
| RE/MAX Associates (5%) | | 232.27 |
| Lori Allen-Car Allowance | | 300.00 |
| Tiffany Aggson-Mileage | | 26.01 |
| Postage | | 143.85 |
| Business Checks-Lori Allen | | 85.48 |
| Credit Check Fees | | 14.95 |
| Looking Glass Photography | | 115.00 |
| Staples | | 186.26 |
| RJ's Lock & Key | | 90.00 |
| Black Hills Energy-2017 W 14th St | | 73.56 |
| Xcel Energy-2017 W 14th St | | 70.94 |
| Black Hills Energy-828 Beulah Ave | | 36.66 |
| Bank Service Charge | | 6.20 |
| | | |
| **INCOME SUB-TOTAL** | 6036.21 | 2429.69 |
| | | |
| **NET INCOME** | | **3606.52** |
| | | |
| **TOTAL** | 6036.21 | **6036.21** |

**DISTRIBUTIONS:**

| | | | |
|---|---|---|---|
| Reserve-MM | | | 250.00 |
| Lori Allen | | | 2856.52 |
| Russell A. DeSalvo III | LB 168495 | | 500.00 |
| | | | |
| TOTAL | | | 3606.52 |

| **SUMMARY:** | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|
| Income | 17708.87 | 6036.21 |
| Bank Fees | 103.58 | 91.68 |

Utopia Management LLC
Financial Statement

| | | |
|---|---:|---:|
| Credit Checks | 104.64 | 14.95 |
| Car Allowance/Mileage | 997.41 | 326.01 |
| Desk Fees | 482.27 | 482.27 |
| Education | 0.00 | 0.00 |
| Food/Dining | 14.79 | 0.00 |
| Insurance/Taxes | 0.00 | 0.00 |
| Licensing/Registration | 10.00 | 0.00 |
| Office Supplies | 248.63 | 186.26 |
| Maintenance | 434.75 | 90.00 |
| Marketing | 133.13 | 79.13 |
| Payroll | 1557.33 | 719.38 |
| Professional Services | 115.00 | 115.00 |
| Postage | 208.37 | 143.85 |
| Utilities | 618.09 | 181.25 |
| Adjustments (Paid) | 85.46 | 0.00 |
| MM Account Reserve | 750.00 | 250.00 |
| Payments to Owner 1 | 9683.18 | 2856.52 |
| Payments to Owner 2 | 2162.24 | 500.00 |
| **TOTAL** | **0.00** | **3606.52** |

Utopia Management LLC
Financial Statement

Apr-12

| | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 4022.75 | |
| Application Fee Income | 75.00 | |
| Owner Reimbursement-1540 LaCrosse 143.00/2110 Mohawk 85.3 | 228.38 | |
| HOA Management Fee Income | 488.80 | |
| | | |
| **EXPENSES:** | | |
| | | |
| RE/MAX Associates (Pueblo Chieftain/MLS) | | 79.13 |
| RE/MAX Associates (Payroll) | | 646.11 |
| RE/MAX Associates (Office) | | 250.00 |
| RE/MAX Associates (5%) | | 225.57 |
| Lori Allen-Car Allowance | | 300.00 |
| Tiffany Aggson-Mileage | | 30.09 |
| Postage | | 24.30 |
| Kurt Madic | | 45.00 |
| Credit Check Fees | | 59.80 |
| Grand Signs | | 381.98 |
| Staples | | 24.69 |
| WG Software | | 409.95 |
| Xcel Energy-828 Beulah Ave | | 93.26 |
| Bank Service Charge | | 38.00 |
| | | |
| INCOME SUB-TOTAL | 4814.93 | 2607.88 |
| | | |
| **NET INCOME** | | **2207.05** |
| | | |
| **TOTAL** | 4814.93 | **4814.93** |

| **DISTRIBUTIONS:** | | |
|---|---|---|
| Reserve-MM | | 0.00 |
| Lori Allen | | 1707.05 |
| Russell A. DeSalvo III | LB 168495 | 500.00 |
| | | |
| TOTAL | | 2207.05 |

| **SUMMARY:** | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|
| Income | 22523.80 | 4814.93 |
| Bank Fees | 141.58 | 38.00 |
| Credit Checks | 164.44 | 59.80 |
| Car Allowance/Mileage | 1327.50 | 330.09 |
| Desk Fees | 957.85 | 475.58 |

Utopia Management LLC
Financial Statement

| | | |
|---|---:|---:|
| Education | 0.00 | 0.00 |
| Food/Dining | 14.79 | 0.00 |
| Insurance/Taxes | 0.00 | 0.00 |
| Licensing/Registration | 10.00 | 0.00 |
| Office Supplies | 683.27 | 434.64 |
| Maintenance | 434.75 | 0.00 |
| Marketing | 594.23 | 461.11 |
| Payroll | 2203.44 | 646.11 |
| Professional Services | 160.00 | 45.00 |
| Postage | 232.67 | 24.30 |
| Utilities | 711.35 | 93.26 |
| Adjustments (Paid) | 85.46 | 0.00 |
| MM Account Reserve | 750.00 | 0.00 |
| Payments to Owner 1 | 11390.23 | 1707.05 |
| Payments to Owner 2 | 2662.24 | 500.00 |
| **TOTAL** | **0.00** | **2207.05** |

Utopia Management LLC
Financial Statement

May-12

| | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 4498.20 | |
| Application Fee Income | 75.00 | |
| Owner Reimbursement-Lacrosse Mohawk Ken 2nd | 636.38 | |
| HOA Management Fee Income | 504.69 | |
| | | |
| **EXPENSES:** | | |
| | | |
| RE/MAX Associates (Pueblo Chieftain/MLS) | | 89.13 |
| RE/MAX Associates (Payroll) | | 572.83 |
| RE/MAX Associates (Office) | | 250.00 |
| RE/MAX Associates (5%) | | 239.91 |
| Lori Allen-Car Allowance | | 300.00 |
| Tiffany Aggson-Mileage | | 61.20 |
| Postage | | 64.80 |
| Credit Check Fees | | 74.75 |
| Staples | | 79.54 |
| Lowe's | | 6.03 |
| | | 0.00 |
| | | |
| INCOME SUB-TOTAL | 5714.27 | 1738.19 |
| | | |
| **NET INCOME** | | **3976.08** |
| | | |
| **TOTAL** | 5714.27 | **5714.27** |

| **DISTRIBUTIONS:** | | |
|---|---|---|
| Reserve-MM | | 300.00 |
| Lori Allen | | 3176.08 |
| Russell A. DeSalvo III | LB 168495 | 500.00 |
| | | |
| TOTAL | | 3976.08 |

| **SUMMARY:** | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|
| Income | 28238.07 | 5714.27 |
| Bank Fees | 141.58 | 0.00 |
| Credit Checks | 239.19 | 74.75 |
| Car Allowance/Mileage | 1688.70 | 361.20 |
| Desk Fees | 1447.76 | 489.91 |
| Education | 0.00 | 0.00 |
| Food/Dining | 14.79 | 0.00 |
| Insurance/Taxes | 0.00 | 0.00 |

Utopia Management LLC
Financial Statement

| | | |
|---|---:|---:|
| Licensing/Registration | 10.00 | 0.00 |
| Office Supplies | 762.81 | 79.54 |
| Maintenance | 440.78 | 6.03 |
| Marketing | 683.36 | 89.13 |
| Payroll | 2776.27 | 572.83 |
| Professional Services | 160.00 | 0.00 |
| Postage | 297.47 | 64.80 |
| Utilities | 711.35 | 0.00 |
| Adjustments (Paid) | 85.46 | 0.00 |
| MM Account Reserve | 1050.00 | 300.00 |
| Payments to Owner 1 | 14566.31 | 3176.08 |
| Payments to Owner 2 | 3162.24 | 500.00 |
| TOTAL | 0.00 | 3976.08 |

Utopia Management LLC
Financial Statement

Jun-12

| | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 5594.24 | |
| Application Fee Income | 175.00 | |
| Utilities Advance-1713 Paseo Del Tesoro | 404.33 | |
| HOA Management Fee Income | 480.00 | |
| | | |
| **EXPENSES:** | | |
| | | |
| RE/MAX Associates (Pueblo Chieftain/MLS) | | 79.13 |
| RE/MAX Associates (Payroll) | | 834.86 |
| RE/MAX Associates (Office) | | 250.00 |
| RE/MAX Associates (5%) | | 303.70 |
| RE.MAX LLC | | 390.00 |
| RE/MAX Associates (Payroll) | | 248.67 |
| Tiffany Aggson-Mileage | | 19.38 |
| Postage | | 55.08 |
| Credit Check Fees | | 104.65 |
| Staples | | 148.48 |
| Maintenance | | 219.89 |
| Girls Scouts of America | | 50.00 |
| Loaf n Jug | | 29.85 |
| Checks Unlimited | | 119.60 |
| Joann | | 218.17 |
| Big Lots | | 33.94 |
| Walmart | | 29.65 |
| DC's | | 63.70 |
| Black Hills | | 28.96 |
| Xcel | | 130.06 |
| State Farm | | 86.00 |
| Courtney Ewing | | 40.00 |
| Pueblo Combined Court | | 240.00 |
| Comcast | | 50.00 |
| Park East (Marketing) | | 97.80 |
| | | |
| INCOME SUB-TOTAL | 6653.57 | 3871.57 |
| | | |
| **NET INCOME** | | **2782.00** |
| | | |
| **TOTAL** | 6653.57 | **6653.57** |
| | | |
| **DISTRIBUTIONS:** | | |
| Reserve-MM | | 0.00 |
| Lori Allen | | 2282.00 |

Utopia Management LLC
Financial Statement

| Russell A. DeSalvo III | LB 168495 | 500.00 |
|---|---|---|

| TOTAL | | 2782.00 |
|---|---|---|

| SUMMARY: | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|
| Income | 34891.64 | 6653.57 |
| Bank Fees | 141.58 | 0.00 |
| Charity/Donations | 50.00 | 50.00 |
| Credit Checks | 343.84 | 104.65 |
| Car Allowance/Mileage | 1737.93 | 49.23 |
| Desk Fees | 2001.46 | 553.70 |
| Education | 0.00 | 0.00 |
| Food/Dining | 101.29 | 86.50 |
| Insurance/Taxes | 86.00 | 86.00 |
| Licensing/Registration | 400.00 | 390.00 |
| Office Supplies | 1030.89 | 268.08 |
| Maintenance | 660.67 | 219.89 |
| Marketing | 1159.25 | 475.89 |
| Payroll | 3859.80 | 1083.53 |
| Professional Services | 400.00 | 240.00 |
| Postage | 352.55 | 55.08 |
| Utilities | 920.37 | 209.02 |
| Adjustments (Paid) | 85.46 | 0.00 |
| MM Account Reserve | 1050.00 | 0.00 |
| Payments to Owner 1 | 16848.31 | 2282.00 |
| Payments to Owner 2 | 3662.24 | 500.00 |
| **TOTAL** | **0.00** | **2782.00** |

Utopia Management LLC
Financial Statement
Jul-12

|  | INCOME | EXPENSES |
|---|---|---|
| **INCOME:** | | |
| Management Fee Income | 5850.30 | |
| Application Fee Income | 0.00 | |
| Utilities Advance-1713 Paseo Del Tesoro | 400.00 | |
| HOA Management Fee Income | 480.00 | |
| | | |
| **EXPENSES:** | | |
| | | |
| RE/MAX Associates (Pueblo Chieftain/MLS) | | 113.12 |
| RE/MAX Associates (Payroll) | | 328.61 |
| RE/MAX Associates (Office) | | 250.00 |
| RE/MAX Associates (5%) | | 316.50 |
| Lori Allen-Car | | 300.00 |
| Tiffany Aggson-Mileage | | 31.11 |
| Postage | | 3.40 |
| Credit Check Fees | | 0.00 |
| Staples | | 424.19 |
| Hobby Lobby | | 76.22 |
| Maintenance | | 40.00 |
| Board of Water Works | | 15.52 |
| ABC Plumbing | | 200.60 |
| Batteries Plus | | 8.58 |
| Andy Kittenger | | 235.00 |
| Kurt Madic | | 50.00 |
| Greg Moore | | 70.00 |
| Black Hills | | 197.78 |
| Xcel | | 147.64 |
| RJ's Lock & Key | | 67.00 |
| | | |
| INCOME SUB-TOTAL | 6730.30 | 2875.27 |
| | | |
| **NET INCOME** | | **3855.03** |
| | | |
| **TOTAL** | 6730.30 | **6730.30** |

**DISTRIBUTIONS:**

| | | |
|---|---|---|
| Reserve-MM | | 300.00 |
| Lori Allen | | 3055.03 |
| Russell A. DeSalvo III | LB 168495 | 500.00 |
| | | |
| TOTAL | | 3855.03 |

| SUMMARY: | YEAR TO DATE | CURRENT PERIOD |
|---|---|---|

Utopia Management LLC
Financial Statement

| | | | |
|---|---|---|---|
| Income | 41621.94 | 48352.24 | 6730.30 |
| Bank Fees | 141.58 | 141.58 | 0.00 |
| Charity/Donations | 50.00 | 50.00 | 0.00 |
| Credit Checks | 343.84 | 343.84 | 0.00 |
| Car Allowance/Mileage | 2069.04 | 2400.15 | 331.11 |
| Desk Fees | 2567.96 | 3134.46 | 566.50 |
| Education | 0.00 | 0.00 | 0.00 |
| Food/Dining | 101.29 | 101.29 | 0.00 |
| Insurance/Taxes | 86.00 | 86.00 | 0.00 |
| Licensing/Registration | 400.00 | 400.00 | 0.00 |
| Office Supplies | 1539.88 | 2048.87 | 508.99 |
| Maintenance | 837.67 | 1014.67 | 177.00 |
| Marketing | 1272.37 | 1385.49 | 113.12 |
| Payroll | 4188.41 | 4517.02 | 328.61 |
| Professional Services | 685.00 | 970.00 | 285.00 |
| Postage | 355.95 | 359.35 | 3.40 |
| Utilities | 1482.01 | 2043.65 | 561.64 |
| Adjustments (Paid) | 85.46 | 85.46 | 0.00 |
| MM Account Reserve | 1350.00 | 1650.00 | 300.00 |
| Payments to Owner 1 | 19903.24 | 22958.27 | 3055.03 |
| Payments to Owner 2 | 4162.24 | 4662.24 | 500.00 |
| **TOTAL** | **0.00** | | **3855.03** |